AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ~~Cesar Andy Salinas~~ YOB: 1994, USC | ) | Case No. 7:18mj 2279 |
| TRUE NAME: CESAR ANDY SALINAS, JR. | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 3, 2018** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Possession with intent to distribute 1.45 kilograms of methamphetmaine and cocaine, a Schedule II controlled substance under the Controlled Substances Act |
| 21 USC 841 (a)(1) | Possession with intent to distribute 0.8 kilograms of marijuana, a Schedule I controlled substance under the Controlled Substances Act |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

Approved by David A. Lindenmuth
11/5/18

_____
Complainant's signature

Special Agent Matthew deSaracho, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/05/2018

_____
Judge's signature

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

City and state: McAllen, Texas

# ATTACHMENT "A"

On November 3, 2018, DEA McAllen agents received information from DEA Memphis agents regarding suspected narcotics trafficking activity being conducted by Cesar Andy SALINAS at 705 East Ramirez, Mission, Texas. Based on this information agents established surveillance in the area of 705 East Ramirez.

At approximately 11:30 A.M., DEA McAllen agents and Mission Police Department officers approached 705 East Ramirez. After numerous attempts to make contact with any occupants in the residence, SALINAS opened the front door to speak with agents and officers. Upon SALINAS opening the front door, agents and officers smelled a strong odor of marijuana emanating from the residence. When questioned regarding the smell of the marijuana, SALINAS admitted to agents and officers that he had purchased marijuana recently, and it was currently stored in the residence. Agents requested consent to search the residence, to which SALINAS agreed to allow agents to search.

While conducting a search of the residence, agents discovered two large plastic bags containing a crystal like substance, believed to be crystal methamphetamine, and a white, powder substance, believed to be cocaine, concealed on the top of a kitchen cabinet. Agents also discovered an open vacuum seal bag containing a green, leafy substance, believed to be marijuana, and multiple sealed containers labeled to contain marijuana. At that time, SALINAS was taken into custody.

Agents attempted to interview SALINAS, who initially agreed to answer questions related to the narcotics in the residence after being advised of his Miranda Rights. SALINAS stated the marijuana was owned by him, but denied ownership of the methamphetamine. SALINAS then chose to invoke his right to a lawyer, and agents concluded the interview.